# STATE OF LOUISIANA

# COURT OF APPEAL

# FIRST CIRCUIT

## NO. 2021 CA 0944

## VILLAS ST. FRANCIS

### VERSUS

## HENRY L. MONTRELL

Judgment Rendered: **APR 0 8 2022**

\* \* \* \* \*

APPEAL FROM THE NINETEENTH JUDICIAL DISTRICT COURT
IN AND FOR THE PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA
DOCKET NUMBER 706942

HONORABLE TIMOTHY E. KELLEY, JUDGE PRESIDING

\* \* \* \* \*

| | |
|---|---|
| Thomas R. Temple, Jr.<br>Joseph J. Cefalu, III<br>Alexa Candelora<br>Baton Rouge, LA | Attorneys for Plaintiff-Appellee<br>Villa St. Francis |
| Henry L. Montrell<br>Baton Rouge, LA | Defendant-Appellant<br>In Proper Person |

\* \* \* \* \*

BEFORE: McDONALD, LANIER, AND WOLFE, JJ.

**McDONALD, J.**

This is an appeal from a judgment of eviction. After review, we dismiss the appeal.

## FACTS AND PROCEDURAL HISTORY

Henry L. Montrell was a resident of Villa St. Francis, a housing apartment complex for the elderly in Baton Rouge, Louisiana. After Mr. Montrell engaged in disruptive and threatening behavior that violated the lease on numerous occasions, Villa St. Francis notified Mr. Montrell by hand-delivered and certified mail on March 31, 2021, that the lease was terminated for cause, which included altercations with the Villa St. Francis property management staff, and that he had to vacate the premises by April 7, 2021. On April 9, 2021, after Montrell had not moved out, Villa St. Francis filed a petition for eviction with the Justice of the Peace Court.

The matter was heard on April 19, 2021 and Mr. Montrell was present with his counsel. After the hearing, the Justice of the Peace granted the petition for eviction, ordering Mr. Montrell to vacate the premises by May 1, 2021. Mr. Montrell appealed the eviction by filing a petition in the Nineteenth Judicial District Court. Villa St. Francis answered the petition, maintaining that the eviction was proper and lawful as Mr. Montrell had engaged in repeated disruptive, intimidating, and threatening behavior that violated the terms of his lease and posed a safety risk to other tenants, visitors, and staff.

The matter was tried de novo at the Nineteenth Judicial District Court. Thereafter, the district court affirmed the eviction and ordered Mr. Montrell to vacate the premises at Villa St. Francis on or before May 31, 2021. Mr. Montrell vacated the premises by May 31, 2021. Mr. Montrell appealed the trial court judgment to this court. Villa St. Francis filed a motion to dismiss the appeal, maintaining that Mr. Montrell was not entitled to another appeal. Alternatively, Villa St. Francis maintains that the judgment should be affirmed.

2

## DISCUSSION

Louisiana Code of Civil Procedure article 4924 provides that:

A. Appeal from a judgment rendered by a justice of the peace court or a clerk of court shall be taken to the parish court or, if there is no parish court, to the district court of the parish in which the justice of the peace court is situated.

B. The case is tried de novo on appeal. However, a trial de novo, in the district court from the justice of the peace court, is not subject to the jurisdictional limit of the justice of the peace court.

C. No further appeal from the judgment of the parish or district court is allowed.

D. Supervisory jurisdiction of the proceedings in the parish or district court may be exercised by the court of appeal which otherwise would have had appellate jurisdiction

Pursuant to La. C.C.P. art. 4924, Mr. Montrell exercised his right to an appeal from the judgment of the Justice of the Peace to the Nineteenth Judicial District Court. No further appeal is allowed. La. C.C.P. art. 4924(C). Thus, we dismiss the appeal.

## CONCLUSION

For the foregoing reasons, the appeal is dismissed. Costs of this appeal are assessed against Henry L. Montrell.

**APPEAL DISMISSED.**